# UNITED STATES BANKRUPTCY COURT

## Northern District of Ohio

In re STAMFORD INDUSTRIAL GROUP, INC.  
      Debtor

Case No. 09-_____

Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to set off | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 1. Bank of America, as Administrative Agent<br>1 Federal Street<br>Boston, MA 02110 | Robert L. Wallace<br>Bank of America<br>1 Federal Street<br>Boston, MA 02110<br>T: 617-346-0887<br>F: 704-208-2997 | | Contingent | 13,226,202.74<br>(Value of Security, 62,200) |
| 2. Kane Kessler, P.C.<br>1350 Avenue of the America<br>New York, NY 10019-4896 | Robert Lawrence<br>Kane Kessler, P.C.<br>1350 Avenue of the America<br>New York, NY 10019-4896<br>T: (212) 541-6222<br>F: (212) 757-2063 | | | 354,244.42 |
| 3. PricewaterhouseCoopers LLP<br>P.O. Box 7247-8001<br>Philadelphia, PA 19170-8001 | Walter Humman<br>PricewaterhouseCoopers LLP<br>P.O. Box 7247-8001<br>Philadelphia, PA 19170-8001<br>T: (704) 347-1671<br>F: (704) 350-8105 | | | 194,000.00 |
| 4. Internal Revenue Service<br>Federal Tax Deposit Processing<br>P.O. Box 970030<br>St. Louis, MO 63197 | Mary Hannah<br>Internal Revenue Service<br>P.O. Box 970030<br>St. Louis, MO 63197<br>T: (800) 829-3903 | | | 78,681.20 |

United States Bankruptcy Court
Northern District of Ohio

In re  STAMFORD INDUSTRIAL GROUP, INC.  
      Debtor.

Case No. _____  
Chapter 11

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to set off | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 5. Landmark Square 1-6 LLC<br>c/o SL Green Realty Corp.<br>420 Lexington Ave.<br>New York, NY 10170 | Attn: Leasing Counsel<br>c/o SL Green Realty Corp.<br>420 Lexington Ave.<br>New York, NY 10170 | | | 26,739.97 |
| 6. Broadridge<br>P.O. Box 23487<br>Newark, NJ 07189 | Akhtar, Amjad<br>Broadridge<br>P.O. Box 23487<br>Newark, NJ 07189<br>T: (631) 254-7181<br>F: (631) 254-7733 | | | 14,100.10 |
| 7. Amper, Politziner, & Mattia, LLP<br>750 Route 202 South<br>Suite 500<br>Bridgewater, NJ 08807-5530 | James Graham<br>Amper, Politziner, & Mattia, LLP<br>750 Route 202 South<br>Suite 500<br>Bridgewater, NJ 08807-5530<br>T: (908) 218-5002<br>F: (908) 218-5009 | | | 4,450.00 |
| 8. Wilmer Cutler Pickering Hale & Dorr<br>P.O. Box 4550<br>Boston, MA 02212-4550 | Joanne Monteavaro<br>Wilmer Cutler Pickering Hale & Dorr<br>P.O. Box 4550<br>Boston, MA 02212-4550<br>T: (800) 526-6682<br>F: (617) 526-5399 | | | 3,819.50 |
| 9. American Stock Transfer & Trust Co.<br>59 Maiden Lane<br>New York, NY 10038 | Anthony Foti<br>American Stock Transfer & Trust Co.<br>59 Maiden Lane<br>New York, NY 10038<br>T: (718) 921-8145<br>F: (718) 921-8116 | | | 3,750.00 |
| 10. PR Newswire<br>GPO Box 5897<br>New York, NY 10087-5897 | Billing Depart<br>PR Newswire<br>GPO Box 5897<br>New York, NY 10087-5897<br>T: (800) 801-2147 | | | 2,965.00 |

{00635557.DOC;1 }

United States Bankruptcy Court
Northern District of Ohio

In re   STAMFORD INDUSTRIAL GROUP, INC.                                Case No. _____
        Debtor.                                                        Chapter 11

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to set off | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 11. Corporation Service Company<br>2711 Centerville Road<br>Wilmington, DE 19808 | Billing Depart<br>Corporation Service Company<br>2711 Centerville Road<br>Wilmington, DE 19808<br>T: (302) 636-5401 | | | 2,037.00 |
| 12. Cablevision Lightpath, Inc.<br>P.O. Box 360111<br>Pittsburgh, PA 15251-6111 | Billing Depart<br>Cablevision Lightpath, Inc.<br>P.O. Box 360111<br>Pittsburgh, PA 15251-6111<br>T: (866) 611-3434 | | | 1,036.85 |
| 13. ABM Janitorial Services NE, Inc.<br>P.O. Box 198352<br>Atlanta, GA 30384 | Billing Depart<br>ABM Janitorial Services NE, Inc.<br>P.O. Box 198352<br>Atlanta, GA 30384<br>T: (914) 789-5180 | | | 810.90 |
| 14. Express Transportation Services<br>P.O. Box 463<br>Port Chester, NY 10573 | Billing Depart<br>Express Transportation Services<br>P.O. Box 463<br>Port Chester, NY 10573<br>T: (914) 934-9000<br>F: (914) 931-2126 | | | 744.00 |
| 15. Propark, Inc.<br>Landmark Square Garage<br>1 Landmark Square<br>Stamford, CT 06901 | Melissa Guardiola<br>Propark, Inc<br>Landmark Square Garage<br>1 Landmark Square<br>Stamford, CT 06901<br>T: (203) 323-5227 | | | 592.00 |
| 16. Vintage Filings, LLC<br>150 West 46th Street - 6th Floor<br>New York, NY 10036 | Billing Depart<br>Vintage Filings, LLC<br>150 West 46th Street - 6th Floor<br>New York, NY 10036<br>T: (212) 730-4302 | | | 298.00 |
| 17. Cablevision<br>P.O. Box 15660<br>Worcester, MA 01615-0660 | Billing Depart<br>Cablevision<br>P.O. Box 15660<br>Worcester, MA 01615-0660<br>T: (866) 575-8000 | | | 67.18 |

{00635557.DOC;1 }

United States Bankruptcy Court
Northern District of Ohio

In re  STAMFORD INDUSTRIAL GROUP, INC.  Case No. _____
     Debtor.  Chapter 11

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to set off | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 18. Personnel Concepts<br>3200 Guasti Road<br>Suite 300<br>Ontario, CA 91761 | Billing Depart<br>Personnel Concepts<br>3200 Guasti Road<br>Suite 300<br>Ontario, CA 91761<br>T: (800) 333-3795 | | | 35.90 |
| 19. Federal Express<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7461 | Billing Depart<br>Federal Express<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7461<br>T: (800) 622-1147<br>F: (800) 548-3020 | | | 29.49 |

{00635557.DOC;1 }

United States Bankruptcy Court
Northern District of Ohio

In re  STAMFORD INDUSTRIAL GROUP, INC.
Debtor.

Case No. _____
Chapter 11

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ~~President~~ *Chief Financial Officer* of the company named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: 9/25/09

Signature: *Jonathan LaBarre*
Printed Name: Jonathan LaBarre
Title: Chief Financial Officer

*Penalty for making a false statement or concealing property:* Fin of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

{00635557.DOC;1}