UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

---------------------------------------------------------------x
                                                               :
In re                                                          :  Case No. 09-_____
                                                               :
    STAMFORD INDUSTRIAL GROUP, INC.,[1]                        :  Chapter 11
                                                               :
                        Debtor.                                :  Judge Kay Woods
                                                               :
---------------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS AND STATEMENT OF CORPORATE OWNERSHIP

| Shareholder  | % of Ownership |
|--------------|----------------|
| SEE ATTACHED |                |

---

[1] The Debtor, Stamford Industrial Group, Inc. (Employer's Tax Identification No. 41-1844584), is a Delaware corporation. The address of the Debtor is One Landmark Square, 22nd Floor, Stamford, CT, 06901.

{00635568.DOC;1 }

```
AST3-111A-B                      AMERICAN STOCK TRANSFER & TRUST COMPANY                  04/28/2009        PAGE    1

                                        *** LIST OF SHAREHOLDERS ***

           COMPANY: 15341                  STAMFORD INDUSTRIAL GROUP INC OLD
```

| | | | | |
|---|---|---|---|---|
| 4001809930          26   D/R: | 4001201342         100   D/R: | 4001262280         600   D/R: | 4001978187         300   D/R: | |
| CERT:               26          | CERT:              100          | CERT:              600          | CERT:              300          | 300 |
| HAMED ABBAS &                   | JANICE A ACHARYA                | DAVID A AMDUR &                 | RIZWAN ASLAM                    | |
| ABBAS A HUSSAIN JT TEN          | 15506 GROVESPRING DR            | LYNN E WADSWORTH TEN COM        | 21 MELBOURNE AVENUE             | |
| PO BOX 597  43 GOVT AVE         | HOUSTON TX 77068-1811           | 1926 LINCOLN AVE                | SLOUGH                          | |
| MANAMA   00000                  |                                 | ST PAUL MN 55105-1421           | BERKSHIRE                       | |
| BAHRAIN                         |                                 |                                 | SL1 3ED                         | |
|                                 |                                 |                                 | UK                              | |
| 4001455861      3,000   D/R: | 4001592028         225   D/R: | 4001273484          50   D/R: | 4002029988         300   D/R: | |
| CERT:            3,000          | CERT:              225          | CERT:               50          | CERT:              300          | 300 |
| ORRIN AUSTIN TOD                | AMIN AWAD                       | MARK BALKWELL                   | ROBERT A BALLY                  | |
| LEIGH ANN NELSON                | C/O DESIGN BUILDING CONTRACTING | 82 BARKHAM RD                   | 1273 COUNTY ROAD 1300 N         | |
| SUBJECT TO STA TOD RULES        | PO BOX 2828                     | WOKINGHAM                       | EUREKA IL 61530-9664            | |
| 1135 CLEVELAND AVE S            | RAS AL-KHIMA 9                  | BERKSHIRE                       | | |
| ST PAUL MN 55116-2506           | PO BOX 2828                     | RG41 2RD                        | | |
|                                 | UNITED ARAB EMIRATES            | UNITED KINGDOM                  | | |
| 4001571188           4   D/R: | 4001623336         300   D/R: | 4001236322         131   D/R: | 4001203095           6   D/R: | |
| CERT:                4          | CERT:              300          | CERT:              131          | CERT:                6          | 6 |
| YANN G BAUDIC                   | JAMES BEACH                     | NATHAN BEACH                    | DANIEL L BELDY                  | |
| 1719 CHERRY BEND DR             | 12720 HILLCREST RD STE 900      | 404 THOMPSON DR                 | 879 FAIRVIEW RD                 | |
| HOUSTON TX 77077-4918           | DALLAS TX 75230-2047            | RICHARDSON TX 75080-5523        | OJAI CA 93023-1556              | |
| 4001388727          45   D/R: | 4001322175         290   D/R: | 4001201331         100   D/R: | 4001334275         100   D/R: | |
| CERT:               45          | CERT:              290          | CERT:              100          | CERT:              100          | 100 |
| MARK E BENSEN                   | BARBARA S BLECHINGER &          | R RENEE BOE                     | LANGDON WADE BREUER             | |
| 66 NICHOLDALE RD                | HAROLD T BLECHINGER JT TEN      | 2328 222ND AVE                  | 342 BONITA AVE                  | |
| SHELTON CT 06484-1823           | 940 BIDWELL ST                  | DEER PARK WI 54007-7707         | PIEDMONT CA 94611-4045          | |
|                                 | W ST PAUL MN 55118-1331         |                                 |                                 | |
| 4001732986          30   D/R: | 4001236326       1,844   D/R: | 4002205068     195,528   D/R: | 4001506701          71   D/R: | |
| CERT:               30          | CERT:            1,844          | CERT:          195,528          | CERT:               71          | 71 |
| SCOTT BREWER                    | JOE BULGER                      | BERNARD V BUONANNO JR           | MICHAEL BUSNIAK                 | |
| 147 BEANE RUN                   | 16905 CAPRI ISLE LN             | 2400 FINANCIAL PLAZA            | 701 BALD EAGLE RD               | |
| ROCKINGHAM NC 28379-9411        | AUSTIN TX 78717-2944            | PROVIDENCE RI 02903             | HACKETTSTOWN NJ 07840-3114      | |

| | | | | | |
|---|---|---|---|---|---|
| 4001373553 300 D/R:<br>CERT: 300<br>FRANK BEN CAIRO<br>85 E BURLINGTON ST<br>RIVERSIDE IL 60546-2124 | | 4001236327 457 D/R:<br>CERT: 457<br>ROGER CASTILLO<br>1913 W 40TH ST<br>AUSTIN TX 78731-6018 | | 4001749188 121 D/R:<br>CERT: 121<br>MATTHEW R CHADWICK<br>4255 REGENT AVE N<br>ROBBINSDALE MN 55422-1257 | | 4001642478 1,000 D/R:<br>CERT: 1,000<br>SUBHASH CHANDER<br>WOLOUF TRADING EST<br>PO BOX 69049<br>DAMMAM 31547<br>SAUDI ARABIA |
| 4001356816 179 D/R:<br>CERT: 179<br>ED H CHI<br>3333 COYOTE HILL RD<br>PALO ALTO CA 94304-1314 | | 4001398703 35 D/R:<br>CERT: 35<br>ANDREW CLARK<br>1414 BRAINERD AVE<br>DULUTH MN 55811-2432 | | 4001398702 35 D/R:<br>CERT: 35<br>AUTUMN CLARK<br>1349 THOMAS AVE<br>ST PAUL MN 55104-2448 | | 4001189200 50 D/R:<br>CERT: 50<br>LAURA J COBBETT<br>627 FULTON ST<br>PALO ALTO CA 94301-2106 |
| 4001569675 150 D/R:<br>CERT: 150<br>MELISSA G CONE &<br>DENNIS C CONE JT TEN<br>27726 WATER ASH DR<br>WESLEY CHAPEL FL 33543-8752 | | 4001536425 128 D/R:<br>CERT: 128<br>SARISSE CREIGHTON<br>16815 HUNTINGTON PATH<br>LAKEVILLE MN 55044-4662 | | 4001524017 125 D/R:<br>CERT: 125<br>MARGARET JOAN DALBY<br>228 SOUTHWOOD RD<br>HAYLING ISLAND<br>HAMPSHIRE PO11 9QQ<br>UNITED KINGDOM | | 4001236329 336 D/R:<br>CERT: 336<br>MARK DAVIS<br>12004 CAPELLA TRL<br>AUSTIN TX 78732-1934 |
| 4001625184 100 D/R:<br>CERT: 100<br>STEVE W DEMORET<br>13967 KIMBERLY CIR<br>ROGERS MN 55374-7507 | | 4001190306 300 D/R:<br>CERT: 300<br>HUA DE WU<br>384 GRAND ST APT 5E<br>NEW YORK NY 10002-3906 | | 4001606759 200 D/R:<br>CERT: 200<br>ALBERT JAMES DICKINSON<br>1911 FAIRMOUNT AVE<br>ST. PAUL MN 55105-1539 | | 4002196432 25 D/R:<br>CERT: 25<br>DOUGLAS DONELSON<br>609 GWENDOLYN CT<br>NILMORE KY 40390-1416 |
| 4001582858 4,403 D/R:<br>CERT: 4,403<br>DAVID EADE<br>90 KNIGHTS PLACE<br>ST LEONARDS RD<br>WINDSOR BERKS SL4 3LF<br>UNITED KINGDOM | | 4001201346 100 D/R:<br>CERT: 100<br>RAY A EBERT<br>W3763 HIDDEN RIVER RD<br>WEST SALEM WI 54669-9206 | | 4001201348 100 D/R:<br>CERT: 100<br>RAY A EBERT CUST<br>MICHAEL P EBERT<br>UNIF TRF MIN ACT WI<br>W3763 HIDDEN RIVER RD<br>WEST SALEM WI 54669-9206 | | 4001201355 100 D/R:<br>CERT: 100<br>RAY A EBERT CUST<br>KATHRYN A EBERT<br>UNIF TRF MIN ACT WI<br>W3763 HIDDEN RIVER RD<br>WEST SALEM WI 54669-9206 |

| | | | |
|---|---|---|---|
| 4001733472      220    D/R:<br>CERT:<br>KEITH PETER EHREN<br>FARM VIEW BAILES LN<br>NORMANDY GUILFORD<br>SURREY GU3 2AX<br>UNITED KINGDOM | 4001132177    4,000   D/R:<br>CERT:<br>PAUL EWING<br>1230 JESSAMINE AVE E<br>SAINT PAUL MN 55106-2805 | 4001138241      71    D/R:<br>CERT:<br>YANQIN FAN<br>18612 WYNNFIELD RD<br>EDEN PRAIRIE MN 55347-1065 | 4001787504     100    D/R:<br>CERT:<br>SCOTT R FEUER<br>11 ALLENDALE RD<br>WYNNEWOOD PA 19096-3614 |
| 4001761215      400    D/R:<br>CERT:<br>LEAH J FONG<br>19 LAKEVIEW DR<br>NEWBURGH NY 12550-6709 | 4001525960       50   D/R:<br>CERT:<br>KATHRYN M FORD &<br>GERARD A FORD JT TEN<br>8908 BRADFORD PL<br>EDEN PRAIRIE MN 55347-5313 | 4001203041      462   D/R:<br>CERT:<br>FREDRICKS INVESTMENT LP<br>600 MONTGOMERY ST<br>SAN FRANCISCO CA 94111-2702 | 4001540452     100    D/R:<br>CERT:<br>JOHN L GALLAGHER &<br>SUSAN GALLAGHER JT TEN<br>1259 BELMONT LN E<br>MAPLEWOOD MN 55109-3407 |
| 4001829262        6    D/R:<br>CERT:<br>DANIELE A GHITTI<br>VIA P NENNI 4<br>PESCARA 65129<br>ITALY | 3201075964      100   D/R:<br>CERT:<br>SUNNY GITTLER TR<br>U/A 05 20 91<br>SUNNY GITTLER TRUST<br>573 SW 16TH ST<br>BOCA RATON FL 33432-7223 | 4001574579       70   D/R:<br>CERT:<br>HERBERT GOLDBERG<br>KANALSTR 35<br>22085 HAMBURG<br>GERMANY | 4001737741     310    D/R:<br>CERT:<br>GINNA L GRAZIANI<br>3150 STINSON BLVD<br>ST ANTHONY MN 55418-2338 |
| 4001409974      125    D/R:<br>CERT:<br>JOHN R GRECH<br>19 DAVIS AVE<br>RANDOLPH NJ 07869-1064 | 4001263150      400   D/R:<br>CERT:<br>JAMES W GRIFFIN<br>1100 OSAGE ST<br>ARDMORE OK 73401-2224 | 4001640787      131   D/R:<br>CERT:<br>KAREN HARFORD<br>7 KILDARE RISE  SWINTON<br>MANCHESTER LANCASHIRE M27 0YA<br>UNITED KINGDOM | 4001402180     750    D/R:<br>CERT:<br>MARSHALL HARRISON<br>164 KINGS HWY N<br>WESTPORT CT 06880-2445 |
| 4001411173      214    D/R:<br>CERT:<br>WILLIAM P HASTINGS &<br>PATRICIA HASTINGS JT TEN<br>10660 LAKE FALL DR<br>EDEN PRAIRIE MN 55347-2032 | 4001905757       55   D/R:<br>CERT:<br>EDWARD HEADLEY<br>141 JEROME ST<br>MEDFORD MA 02155-3534 | 4001382200       10   D/R:<br>CERT:<br>GAYLE A HENDERSON<br>6801 STANDERING RD<br>FORT WORTH TX 76116-7933 | 4001591420     373    D/R:<br>CERT:<br>ONEATHA HERNE<br>9647 FOLSOM BLVD # 216<br>SACRAMENTO CA 95827-1202 |

```
4001492595          1   D/R:    4001536424         35   D/R:    4001185497        125   D/R:    4001749199      1,439  D/R:
CERT:               1           CERT:              35           CERT:             125           CERT:           1,439
ERIC B HIRSCH                   LEE GORDON HOLT                 CHRISTOPHER ROBERT HORROCKS     NATT HOSEL
SPECIAL ACCT                    2881 EDGERTON ST                20 MABEL ST                     102 16TH AVE N
1256 LEXINGTON AVE APT 4        SAINT PAUL MN 55117-1285        WEST HOUGTON                    HOPKINS MN 55343-7337
NEW YORK NY 10028-2046                                          BOLTON
                                                                LANCASHIRE BL5 2LB
                                                                UNITED KINGDOM

4001735480        120   D/R:    4002123007         24   D/R:    4001403069      2,259  D/R:    4001620822        350   D/R:
CERT:             120           CERT:              24           CERT:           2,259           CERT:             350
KENNETH PAUL HOYME &            JAMES HUCKFELDT                 ROGER HUGHES                    JESSICA IRVINE
JULIE D HOYME JT TEN            378 ANDOVER PL                  6707 WINTERBERRY DR             2000 LITTLE RAVEN ST UNIT 4B
5930 ANNAPOLIS LN N             ROBBINSVILLE NJ 08691-3441      AUSTIN TX 78750-8300            DENVER CO 80202-6101
PLYMOUTH MN 55446-3536

4001749200      1,882   D/R:    3110057081        200   D/R:    4001403070         42  D/R:    4001255928        100   D/R:
CERT:           1,882           CERT:             200           CERT:              42           CERT:             100
ED JONES                        NORINE C KASPER                 SUE KELLER                      DANIEL KING
219 POPES LN                    10139 S TURNER AVE              4814 WILD BRIAR PASS            38 SOUTH RD
EALING W5 4NH                   EVERGREEN PARK IL 60805-3763    AUSTIN TX 78746-7352            HARRISON NY 10528-2320
UNITED KINGDOM

4001265883      3,925   D/R:    4001361273         40   D/R:    4001136671        100   D/R:    4001236367        380   D/R:
CERT:           3,925           CERT:              40           CERT:             100           CERT:             380
KEVIN KINNAMON                  BREANA KLEIN                    THOMAS R KLENKE                 MEREDITH KOESTER
121 HOPE CIR                    3652 LINDEN AVE                 515 SUGARPINE DR                8817 W 124TH TER
MCKINNEY TX 75071-3983          WHITE BEAR LAKE MN 55110-4665   INCLINE VILLAGE NV 89451-8412   OVERLAND PARK KS 66213-4717

4001014101        100   D/R:    3000673439        100   D/R:    4001655907        200   D/R:    4001748821        179   D/R:
CERT:             100           CERT:             100           CERT:             200           CERT:             179
JOHN R LALONDE                  RODNEY LANGTON &                LINDA MARIE LAWRUKOVICH         ETHAN LEVINSON
3736 KINDRED CT                 DELORES LANGTON JT TEN          50 IRVINE PARK UNIT 2           239 N RIDGE ST
LAKE ELMO MN 55042-8575         3743 GOODWIN AVE N              ST PAUL MN 55102-2532           PORT CHESTER NY 10573-1140
                                OAKDAKE MN 55128-3018
```

| | | |
|---|---|---|
| 4001374972           36   D/R:<br>CERT:          36<br>STUART LINDER<br>101 PONTIAC WAY<br>GAITHERSBURG MD 20878-2844 | 4002205064        2,000   D/R:<br>CERT:       2,000<br>LIONS INVESTMENT LTD<br>ATTN JOHN VAN LEEUWEN<br>PO BOX 694 GT<br>EDWARD ST<br>GRAND CAYMAN<br>CAYMAN ISLANDS BWI | 4001749189          144   D/R:<br>CERT:         144<br>MARK LUTTINEN<br>2529 LYDIA AVE W<br>ROSEVILLE MN 55113-1014 | 4001203037          231   D/R:<br>CERT:         231<br>ERIC J MAFFEI<br>9 BEVIN RD W<br>ASKAROKEN NY 11768-1136 |
| 4001755497            1   D/R:<br>CERT:           1<br>GEORGE MARTIN<br>8444 ENRANADA AVE<br>WHITTIER CA 90605-1141 | 4002112103          200   D/R:<br>CERT:         200<br>MOHAMMED MASHAT<br>195 EAST CARISBROOKE RD<br>NORTH VANCOUVER BC<br>V7N 1N1<br>CANADA | 4001749197        1,369   D/R:<br>CERT:       1,369<br>PATRICK T MCCAW<br>13244 FREMONT AVE S<br>BURNSVILLE MN 55337-2404 | 4001532977          200   D/R:<br>CERT:         200<br>ROBERT J MEADE<br>3200 DANLEY RD<br>PHILADELPHIA PA 19154-1409 |
| 4001413675           35   D/R:<br>CERT:          35<br>STEVE W MENKE &<br>ALISA A MENKE TEN COM<br>1312 BRECKENRIDGE LOOP<br>ROGERS AR 72756-0600 | 4000911236          450   D/R:<br>CERT:         450<br>MARC MILAVITZ<br>168 CANON VIEW RD<br>BOULDER CO 80302-9429 | 4001320775           96   D/R:<br>CERT:          96<br>NORMAN R MILLER<br>14006 54TH AVE N UNIT 4<br>MINNEAPOLIS MN 55446-1675 | 4001746633          100   D/R:<br>CERT:         100<br>ITALO A MINUCHE<br>2022 BOGART AVE<br>BRONX NY 10462-3008 |
| 4001236372          785   D/R:<br>CERT:         785<br>MARY MITCHELL<br>10501 PRICKLY POPPY CV<br>AUSTIN TX 78733-5739 | 4001173544          100   D/R:<br>CERT:         100<br>DAVID FRANCIS MOLLARD<br>15 CARDIGAN DR<br>BURY BL9 9LG<br>LANCASHIRE<br>ENGLAND | 4001748822          688   D/R:<br>CERT:         688<br>HOWARD MOORE<br>26582 LOPE DE VEGA DR.<br>MISSION VIEJO CA 92691-3318 | 4002072828           36   D/R:<br>CERT:          36<br>BARRY L MORSE &<br>LYNN A MORSE JT TEN<br>2220 TIDMINGTON DR<br>CORDOVA TN 38016-4574 |
| 4001748827        3,348   D/R:<br>CERT:       3,348<br>GEORGE MOSER<br>1 SHADOWBROOK WAY<br>MENDHAM NJ 07945-2157 | 4001571157          200   D/R:<br>CERT:         200<br>MIRANDA MOSS<br>3523 CEDAR LAKE AVE<br>MINNEAPOLIS MN 55416-4376 | 4001386043          150   D/R:<br>CERT:         150<br>SARAH FISHER MRNAK &<br>MICHAEL MRNAK JT TEN<br>6740 GREENBRIAR CURV<br>SHAKOPEE MN 55379-7057 | 4001537526           35   D/R:<br>CERT:          35<br>THE MULTIMEDIA TREE PTY LTD<br>TREVOR LN<br>15 AUSTIN ST<br>FAIRLIGHT NSW 2094<br>AUSTRALIA |

```
4002196433        100    D/R:    4002038354       1,000   D/R:    4001282237B       140    D/R:    4001236488        20    D/R:
CERT:                            CERT:                            CERT:                            CERT:
PRASHANTH MYVARAPATLA            LIZY N NADAXIL                   MICHAEL NEVEAUX                  NORWEST BANK MINNESOTA N A AS
925 S WOLFE RD #114              16718 NW 15TH ST                 7870 SHENANDOAH LN N             ESCROW AGENT FOR THE SHAREHOLDERS
SUNNVALE CA 94086-8839           PEMBROKE PINES FL 33028-1366     OSSEO MN 55311-2672              OF NET PERCEPTIONS INC
                                                                                                   161 CONCORD EXCHANGE N
                                                                                                   S ST PAUL MN 55075-1102

4001361277         40    D/R:    4001420853          67   D/R:    4001751704        150    D/R:    4001637768        27    D/R:
CERT:                            CERT:                            CERT:                            CERT:
ALECIA OCONNOR                   ELLEN B OCONNOR                  SALLY OLSON                      TERRI L PAGE &
244 4TH AVE N                    150 MCLEAN AVE                   6421 WILRYAN AVE                 ARTHUR E PAGE JT TEN
BAYPORT MN 55003-1030            MANASQUAN NJ 08736-3241          EDINA MN 55439-1454              7 POPLAR ST
                                                                                                   CANONSBURG PA 15317-2257

4001236375        344    D/R:    4001211568       1,100   D/R:    4001532978        250    D/R:    4001589741         2    D/R:
CERT:                            CERT:                            CERT:                            CERT:
JACKIE PARKER                    LUCILLE MARIE PASSE              DILIP PATEL                      THOMAS J PAYNODE CUST
11409 CAPSTAN DR                 67690 COUNTY ROAD 76             903 W HOBSONWAY                  TIMOTHY J ANDERSON
UPPER MARLBORO MD 20772-1939     WABASHA MN 55981-7570            BLYTHE CA 92225-1417             UNIF TRF MIN ACT MN
                                                                                                   2807 96TH ST E
                                                                                                   INVER GROVE HEIGHTS MN 55077-4953

4001201336        100    D/R:    4001457786        492    D/R:    4001591419         25   D/R:    4001747307         1    D/R:
CERT:                            CERT:                            CERT:                           CERT:
TERACITA PEARSON                 CINDY PERKINS                    MARK PETERSEN                   BRENT JULIEN PETIT
524 COUNTY ROAD MM               205 WHITEROCK DR                 5427 16TH ST                    5424 13TH AVE S
RIVER FALLS WI 54022-8109        MOUNT HOLLY NC 28120-8101        RACINE WI 53406-4557            MINNEAPOLIS MN 55417-2512

4001749195        728    D/R:    4001748820        147    D/R:    4001205569         30   D/R:    4001205568        30    D/R:
CERT:                            CERT:                            CERT:                           CERT:
SARA R PRIESZ                    THOMAS G PSILLAS                 ELIZABETH REDENBACK             EMILY REDENBACK
7380 KURVERS POINT RD            1178 MILL ST                     19 LORA LN                      19 LORA LN
CHANHASSEN MN 55317-7521         EAST BERLIN CT 06023-1023        HOMER NY 13077-9496             HOMER NY 13077-9496
```

| | | | |
|---|---|---|---|
| 4001205566         30    D/R:<br>CERT:              30<br>JENNIFER REDENBACK<br>19 LORA LN<br>HOMER NY 13077-9496 | 4001205564         30    D/R:<br>CERT:              30<br>SARAH REDENBACK<br>19 LORA LN<br>HOMER NY 13077-9496 | 4001368432        772    D/R:<br>CERT:             772<br>JENNIFER REYNOLDS &<br>DAVID REYNOLDS TR<br>UA 08 15 00<br>8400 49TH AVE N<br>NEW HOPE MN 55428-4111 | 4001205572        100    D/R:<br>CERT:             100<br>DANIEL RIEDL<br>745 CLIFTON BLVD<br>MANSFIELD OH 44907-2284 |
| 4001356817        200    D/R:<br>CERT:             200<br>JAMES W RIEDL<br>21298 MOREWOOD PKWY<br>ROCKY RIVER OH 44116-2243 | 4001265878        321    D/R:<br>CERT:             321<br>AUBREY ROBERTS<br>16 EDGEFIELD LN<br>LUCAS TX 75002-7724 | 4001185500        125    D/R:<br>CERT:             125<br>JACQUELINE FRANCES ROBERTS<br>20 THE SQUARE<br>RINGLEY CHASE<br>WHITEFIELD MANCHESTER<br>LANCASHIRE M45 7UL<br>ENGLAND | 4001273486         20    D/R:<br>CERT:              20<br>THOMAS W ROMAN CUST<br>DANIEL P ROMAN<br>UNIF TRF MIN ACT IL<br>1704 CHERRY CT<br>WHEATON IL 60187-3211 |
| 4001203321        100    D/R:<br>CERT:             100<br>JACQUELINE ROSAUER<br>2108 COUNTY ROAD G<br>BALDWIN WI 54002-7900 | 4001286606        100    D/R:<br>CERT:             100<br>JOSEPH C ROSKOSKI &<br>ARLETTE G ROSKOSKI JT TEN<br>404 4TH ST S<br>VIRGINIA MN 55792-2724 | 4002205078        150    D/R:<br>CERT:             150<br>CATHY FAITH RUSNACKO<br>4701 NORD DR<br>BLOOMINGTON MN 55437-3021 | 4001726058         10    D/R:<br>CERT:              10<br>IGNATIUS HARRIS SANDERS CUST<br>I SANDERS JR<br>UNDER GA TRF MIN ACT<br>3617 BERMUDA CIR<br>AUGUSTA GA 30909-2605 |
| 4001289103      2,355    D/R:<br>CERT:           2,355<br>DREW SCHAAL &<br>JENNIFER LYNN SCHAAL<br>AS COMMUNITY PROPERTY<br>3522 GRIMES RANCH RD<br>AUSTIN TX 78732-2140 | 4001904256         10    D/R:<br>CERT:              10<br>DANIEL SCHAEFER<br>144 GRAVES ST<br>STATEN ISLAND NY 10314-5125 | 4001656580         85    D/R:<br>CERT:              85<br>JILL SCHARAFANOW<br>808 E 145TH ST<br>BURNSVILLE MN 55337-4624 | 4001848796          1    D/R:<br>CERT:               1<br>DUANE SCHMICKING CUST<br>JOSEPH NEWVILLE<br>UNIF TRF MIN ACT MN<br>937 BUDD ST<br>FAIRMONT MN 56031-4321 |
| 4001398704        179    D/R:<br>CERT:             179<br>JUANITA JOYCE SCHNEIDER TR<br>UA 02 05 99<br>JUANITA JOYCE SHNEIDER TRUST<br>1442 18TH AVE NW<br>FARIBAULT MN 55021-2834 | 4001735528         70    D/R:<br>CERT:              70<br>JERRY SCHOLZ &<br>PATRICIA SCHOLZ JT TEN<br>1518 16TH ST SW<br>JAMESTOWN ND 58401-5042 | 4001603365         85    D/R:<br>CERT:              85<br>PATRICIA C SCHUEBERT<br>7421 LULA RD<br>LULA GA 30554-2338 | 4001750315        175    D/R:<br>CERT:             175<br>SHERYL SCHUGAR CUST<br>ERIC SCHNEIDER<br>UNIF TRF MIN ACT MA<br>10 MEADOWLARK LN<br>SHARON MA 02067-1533 |

```
AST3-111A-B                      AMERICAN STOCK TRANSFER & TRUST COMPANY                04/28/2009           PAGE   8
                                         *** LIST OF SHAREHOLDERS ***
      COMPANY: 15341                     STAMFORD INDUSTRIAL GROUP INC OLD
```

| Cert # | Shares | Name/Address | Cert # | Shares | Name/Address | Cert # | Shares | Name/Address |
|---|---|---|---|---|---|---|---|---|
| 4001236378 | 157 D/R: | LARRY SCROGGINS 3940 CESAR CHAVEZ ST SAN FRANCISCO CA 94131-2004 | 4001614022 | 300 D/R: | HENRY SHAN 1627 ATLANTIC ST ST PAUL MN 55106-1105 | 4001614023 | 378 D/R: | HENRY SHAN & JOHN ROSSBACH JT TEN 1627 ATLANTIC ST ST PAUL MN 55106-1105 |
| 4000553269 | 125 D/R: | JUNE E SHAVER TR UA 02 15 95 JUNE E SHAVER TRUST 201 FISHER AVE APT 35 CROOKSTON MN 56716-2814 | 4002205074 | 244,235 D/R: | SMITH WHILEY & COMPANY 242 TRUMBULL STREET 8 TH FLOOR HARTFORD CT 06103 | 4001749198 | 1,384 D/R: | JILL C SHARAFANOW 808 E 145TH ST BURNSVILLE MN 55337-4624 |
| 4001749194 | 685 D/R: | DAVID SPRINGS 56 REYARDS CLOSE WINNERSH READING BERKSHIRE UNITED KINGDOM | 4001266952 | 200 D/R: | FLORENCE SNYDER 15115 INTERLACHEN DR APT 709 SILVER SPRING MD 20906-5672 | 4001314672 | 200 D/R: | HAROLD SNYDER 15115 INTERLACHEN DR APT 709 SILVER SPRING MD 20906-5672 |
| 4001750250 | 731 D/R: | TIM STREET EAST BAPSEY BERKSHIRE BERRY HILL TAPLOW SL6ODA UNITED KINGDOM | 4001201325 | 100 D/R: | KAREN STEFONEK 1009 WISCONSIN ST WATERTOWN WI 53094-4856 | 4001205570 | 100 D/R: | MICHELLE STEVENS 713 SAN JUAN AVE LA JUNTA CO 81050-2447 |
| 4001174539 | 25 D/R: | THOMAS JOSEPH TARSITANO & COLLEEN TARSITANO JT TEN 350 E 266TH ST EUCLID OH 44132-1503 | 4001628123 | 1,000 D/R: | TODD ALLEN STREETER 20794 487TH LANE MCGREGOR MN 55760 | 4001363416 | 300 D/R: | NED S STUCKEY 1110 PLEASANT ST KEWANEE IL 61443-3164 |
| | | | 4001201329 | 100 D/R: | RICHARD G STEFONEK 872 140TH AVE NEW RICHMOND WI 54017-6942 | | | |
| | | | 4001281938 | 100 D/R: | THOMAS W STUART 631 CROTON FALLS RD CROTON FALLS NY 10519 | | | |
| | | | 4001662157 | 65 D/R: | ROBERT TARZEY 17 CLARENCE RD FLAT 3 WINDSOR SL4 5AH UNITED KINGDOM | 4001281937 | 100 D/R: | GRAEME R THICKINS 8135 KENTUCKY CIR MINNEAPOLIS MN 55438-1230 |
| | | | | | | 4001236381 | 1,570 D/R: | JOHN THORNTON 300 WEST 6TH ST SUITE 2300 AUSTIN TX 78701 |

| | | |
|---|---|---|
| 4002205060          100      D/R: | 4001236383         686      D/R: | 4002009305         100      D/R: |
| CERT: | CERT: | CERT: |
| EDWARD G TOLLIVER | CHIEN TUNG | MICHAEL T VAN DER VEEN & |
| 218 YOUNG ST | 5405 MERRYWING CIR | MARINA KATZ JT TEN |
| TALLAHASSEE FL 32301-5438 | AUSTIN TX 78730-1439 | 25 EUSTLETON PIKE |
| | | FEASTERVILLE PA 19053-6446 |
| | 4000267154         200      D/R: | |
| | CERT: | |
| | GERALD F UNGS | |
| | 3705 COLFAX AVE S | |
| | MINNEAPOLIS MN 55409-1023 | |
| 4001551974          100      D/R: | 4001748825       1,290      D/R: | 4001748824       1,290      D/R: |
| CERT: | CERT: | CERT: |
| JOHN VOGEL | ROBERT VON SEELEN | PAMELA S WATKINS |
| 1111 E CHULA VISTA RD | 10 GREENLAWN RD | 90 MORGANS WAY |
| TUCSON AZ 85718-1036 | HUNTINGTON NY 11743-2926 | HOLLISTON MA 01746-2249 |
| | 4001825145         500      D/R: | |
| | CERT: | |
| | HONG T VU | |
| | 7538 ENDEAVORS CT | |
| | NEW ORLEANS LA 70129-2722 | |
| 4001130401            5      D/R: | 4001480818         154      D/R: | 4001749191         165      D/R: |
| CERT: | CERT: | CERT: |
| DEBBIE WEISS CUST | FRANK MICHAEL WELSH-LEHMANN | ERIC R WOLFRAM |
| JEFFREY SCOTT WEISS | MARIANNENWEG 12 | 1500 W MONROE ST APT 218 |
| UNIF TRF MIN ACT MN | D-61348 BAD HOMBURG | CHICAGO IL 60607-2415 |
| 534 MISSISSIPPI RIVER BLVD S | GERMANY | |
| ST PAUL MN 55116-1061 | | |
| | 4001359684          30      D/R: | |
| | CERT: | |
| | RALPH O WILKERSON | |
| | 3249 W 81ST AVE | |
| | ANCHORAGE AK 99502-4424 | |
| 4002018168           50      D/R: | 4001749190         149      D/R: | 4001748819         107      D/R: |
| CERT: | CERT: | CERT: |
| VICKI WRIGHT | THENA M YACAP | DANNY ZEIBERT |
| 1450 BEACH RD | 2201 BRIDGEPOINTE PKWY APT 139 | 5320 TY CT |
| ENGLEWOOD FL 34223-4275 | SAN MATEO CA 94404-5012 | ROCKLIN CA 95765-5425 |

AST3-111A-B

AMERICAN STOCK TRANSFER & TRUST COMPANY

04/28/2009

\*\*\* LIST OF SHAREHOLDERS \*\*\*

STAMFORD INDUSTRIAL GROUP INC OLD

COMPANY: 15341

TOTAL NUMBER OF SHARES SELECTED : 507,538.000

TOTAL NUMBER OF ACCOUNTS SELECTED: 175

```
AST3-311A-B                        AMERICAN STOCK TRANSFER & TRUST COMPANY                    06/09/09            PAGE    1
                                        *** LIST OF SHAREHOLDERS ***
    COMPANY: 16132                       STAMFORD INDUSTRIAL GROUP INC

0000010002            101,482   0000010010              20    0000010008            73    0000010024                 6
AST EXCHANGE AGENT #15341       CHARLES E BERRY &             JEFFREY BORK                  MICHAEL F BRESSLER
STAMFORD INDUSTRIAL GROUP INC   ANNA P BERRY JT TEN           4551 E PERRY PKWY             920 BUFORD RD
59 MAIDEN LANE                  PO BOX 1250                   GREENWOOD VILLAGE CO 80121-3901  RICHMOND VA 23235-4639
NEW YORK NY 10038               OXFORD NY 13830-1250

0000010001          6496,070    0000010027              19    0000010031             5    0000010023           30,000
CEDE & CO (FAST ACCOUNT)        BIN CHEN                      PAULINE CHENG                 COMADETS LLC
PO BOX 20                       645 LINCOLNSHIRE PL           4265 KISSENA BLVD APT 320     6020 SHORE BOULEVARD SOUTH #801
BOWLING GREEN STATION           CORALVILLE IA 52241-3601      FLUSHING NY 11355             GULFPORT FL 33707
NEW YORK NY 10004

0000010017               40     0000010006          19,553    0000010004            36    0000010033                60
DIANNE D CONWAY &               BARBARA FAZZANO               CHERIE D FREEMAN              ROBBY FROST
P MARTIN CONWAY JT TEN          210 SANCTUARY DR              9018 E CALLE NORLO            5169 EPPING LN
32 FERRY HILL RD                EAST GREENWICH RI 02818       TUCSON AZ 85710-7322          ZEPHYRHILLS FL 33541-2607
GRANBY MA 01033-3401

0000010011               46     0000010025              40    0000010003       1709,174   0000010034               401
JOHN R GURLEY                   ROGER HELLAND &               KANDERS & COMPANY INC         KAY KIRCHNER
315 WILDERNESS DR               JULIE HELLAND JT TEN          ONE LANDMARK SQUARE           11038 GALLERIA COVE
MARBLE FALLS TX 78654           6291 COMET LN                 22ND FLOOR                    AUSTIN TX 78759
                                FRIDLEY MN 55432              STAMFORD CT 06901

0000010035               40     0000010016              20    0000010032            53    0000010022                86
BRIAN J KNUTSON                 THOMAS L KOEHLER &            JACQUELYN M LYONS             SUSAN MAAS
N2533 PARADICE CT               MARY LORRAINE KOEHLER JT TEN  3518 WILLOWBEACH ST SW        16925 12TH AVE N
MONROE WI 53566                 517 KNOLLWOOD DR SE           PRIOR LAKE MN 55372           PLYMOUTH MN 55447-3005
                                CEDAR RAPIDS IA 52403-4239
```

```
AST1-311A-B                    AMERICAN STOCK TRANSFER & TRUST COMPANY              06/09/09         PAGE   2

                                      *** LIST OF SHAREHOLDERS ***

       COMPANY: 16132                    STAMFORD INDUSTRIAL GROUP INC


0000010018                60   0000010014                258  0000010019                140  0000010020        29,294

THOMAS A MEIGHAN               MARC A MILES                   ERIC MILLER                    MPI INC
21807 92ND AVE S               16 GRANT AVE                   36 LONG GROVE DR               C/O RAYMOND MANCINI
KENT WA 98031-2477             NEWTON CENTER MA 02459-1309    MONTICELLO IL 61856-8297       119 HOPKINS HILL RD
                                                                                             WEST GREENWICH RI 02817

0000010005               286   0000010012                2    0000010009                365  0000010015            20

NANCY OLSON TR                 ROGER J PIETRUSZEWSKI &        JOHN O RIEDL                   PATRICIA SETO
UA 03 19 98                    GRETCHEN R PIETRUSZEWSKI JT TEN 789 CLIFTON BLVD              248 ELM AVE
NANCY OLSON TRUST              1745 DELLWOOD AVE              MANSFIELD OH 44907-2284        HERSHEY PA 17033-1535
2100 GREEN ST APT 102          ROSEVILLE MN 55113-6212
SAN FRANCISCO CA 94123-4701

0000010021                40   0000010030                8    0000010029                8    0000010028             8

BINDINGANAVLE SURESH &         ALEXIS SWENSON                 ASHLEY SWENSON                 DANIEL SWENSON
JAYANTI SURESH JT TEN          7016 BRIAN CT                  7016 BRIAN CT                  7016 BRIAN CT
4395 MEADOWOOD CIR             HUGO MN 55038-6900             HUGO MN 55038-6900             HUGO MN 55038-6900
VADNAIS HEIGHTS MN 55127-6013

0000010026             1,004   0000010013                40

FRANK TRIOLO                   JEFFREY C WELP &
3 RIVER OTTER LN               REBECCA L WELP JT TEN
SAVANNAH GA 31411-3027         1205 WILLIAM ST
                               KASOTA MN 56050-9615
```

AST3-311A-B  AMERICAN STOCK TRANSFER & TRUST COMPANY  06/09/09  PAGE 3

\*\*\* LIST OF SHAREHOLDERS \*\*\*

STAMFORD INDUSTRIAL GROUP INC

COMPANY: 16132

TOTAL NUMBER OF SHARES SELECTED : 8,388,757.000

TOTAL NUMBER OF ACCOUNTS SELECTED: 34

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

---

In re : Case No. 09-_____

STAMFORD INDUSTRIAL GROUP, INC.,[1] : Chapter 11

Debtor. : Judge Kay Woods

---

## DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS AND STATEMENT OF CORPORATE OWNERSHIP

I, Jonathan LaBarre, Chief Financial Officer of Stamford Industrial Group, Inc. declare under penalty of perjury that I have reviewed the foregoing List of Equity Security Holders and Statement of Corporate Ownership and that it is true and correct to the best of my knowledge, information and belief.

Date: September 23, 2009

_____
Jonathan LaBarre
Title: Chief Financial Officer

---

[1] The Debtor, Stamford Industrial Group, Inc. (Employer's Tax Identification No. 41-1844584), is a Delaware corporation. The address of the Debtor is One Landmark Square, 22nd Floor, Stamford, CT, 06901.

{00635568.DOC;1 }