# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

**In re STAMFORD INDUSTRIAL GROUP, INC.**                    **Case No. 09-_____**

## SCHEDULES OF ASSETS AND LIABILITIES

Unless otherwise indicated, data is as of the close of business on September 28, 2009. This chapter 11 case was commenced on September 28, 2009 (the "Petition Date").

The debtor in this case, Stamford Industrial Group, Inc. (the "Debtor"), has used its best efforts to compile the information set forth in the Schedules of Assets and Liabilities from its books and records maintained in the ordinary course of business. The Debtor reserves the right to amend these Schedules of Assets and Liabilities as additional information becomes available.

# United States Bankruptcy Court
# Northern District of Ohio

In re STAMFORD INDUSTRIAL GROUP, INC.     Case No. 09-_____
            Debtor

                                                              Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | 0 | | |
| B - Personal Property | YES | 4 | 62,200 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | 13,226,203 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | 470,523 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | 609,719 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ |
| TOTAL | | | 62,200 | 14,306,445 | |

**The Debtor's Schedules of Assets and Liabilities reflect a number of liabilities that were contingent and/or unliquidated as of September 28, 2009. Because of their contingent and/or unliquidated nature, the amount of these liabilities is not reflected in the above summary.**

{00635445.DOC;1 }