**In re STAMFORD INDUSTRIAL GROUP, INC.**　　　　　　　　　　Case No. 09-\_\_\_\_\_
　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

　　　　State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

　　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　　Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐　　Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br> Kane Kessler, P.C. <br> 1350 Avenue of the America <br> New York, NY 10019-4896 | | | 09/28/09 | | | | 354,244.42 |
| **Account No.** <br> PricewaterhouseCoopers LLP <br> P.O. Box 7247-8001 <br> Philadelphia, PA 19170-8001 | | | 09/28/09 | | | | 194,000.00 |
| **Account No.** <br> Broadridge <br> P.O. Box 23487 <br> Newark, NJ 07189 | | | 09/28/09 | | | | 14,100.10 |
| continuation sheets attached | | | | | | Subtotals ▶ | 562,344.522 |

**In re STAMFORD INDUSTRIAL GROUP, INC.**  
  **Debtor**

Case No. 09-14348

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br>Amper, Politziner, & Mattia, LLP<br>750 Route 202 South<br>Suite 500<br>Bridgewater, NJ 08807-5530 | | | 09/28/09 | | | | 4,450.00 |
| **Account No. 0113016-00120**<br>Wilmer Cutler Pickering Hale & Dorr<br>P.O. Box 4550<br>Boston, MA 02212-4550 | | | 09/28/09 | | | | 3,819.50 |
| **Account No. SIDG**<br>American Stock Transfer & Trust Co.<br>59 Maiden Lane<br>New York, NY 10038 | | | 09/28/09 | | | | 3,750.00 |
| **Account No. 919215**<br>PR Newswire<br>GPO Box 5897<br>New York, NY 10087-5897 | | | 09/28/09 | | | | 2,965.00 |
| **Account No.**<br>Corporation Service Company<br>2711 Centerville Road<br>Wilmington, DE 19808 | | | 09/28/09 | | | | 2,037.00 |
| **Account No. 47433**<br>Cablevision Lightpath, Inc.<br>P.O. Box 360111<br>Pittsburgh, PA 15251-6111 | | | 09/28/09 | | | | 1,036.85 |
| **Account No. 2673946**<br>ABM Janitorial Services NE, Inc.<br>P.O. Box 198352<br>Atlanta, GA 30384 | | | 09/28/09 | | | | 810.00 |
| **Account No. 11457**<br>Express Transportation Services<br>P.O. Box 463<br>Port Chester, NY 10573 | | | 09/28/09 | | | | 744.00 |

Sheet no. __1__ of __2__ continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

Subtotals ▶  $19,612.35

{00636653.DOC;1 }

**In re STAMFORD INDUSTRIAL GROUP, INC.**  Case No. 09-14348
**Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No. A**<br>Propark, Inc.<br>Landmark Square Garage<br>1 Landmark Square<br>Stamford, CT 06901 | | | 09/28/09 | | | | 592.00 |
| **Account No.**<br>Vintage Filings, LLC<br>150 West 46th Street - 6th Floor<br>New York, NY 10036 | | | 09/28/09 | | | | 298.00 |
| **Account No. 07808-593845-0**<br>Cablevision<br>P.O. Box 15660<br>Worcester, MA 01615-0660 | | | 09/28/09 | | | | 67.18 |
| **Account No. 082267**<br>Personnel Concepts<br>3200 Guasti Road<br>Suite 300<br>Ontario, CA 91761 | | | 09/28/09 | | | | 35.90 |
| **Account No. 1987-5634-2**<br>Federal Express<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7461 | | | 09/28/09 | | | | 29.49 |
| **Account No.**<br>Landmark Square 1-6 LLC<br>c/o SL Green Realty Corp.<br>420 Lexington Avenue<br>New York, NY 10170 | | | 09/28/09 | | | | 26,739.97 |
| **Account No.** | | | | | | | |
| **Account No.** | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotals ▶ $27,762.54

Totals ▶ $609,719.41

{00636653.DOC;1 }