UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------x
In re                                            : Case No. 09-_____
                                                 :
STAMFORD INDUSTRIAL GROUP, INC.,[1]              : Chapter 11
                                                 :
            Debtor.                              : Judge Kay Woods
                                                 :
------------------------------------------------x

## DECLARATION UNDER PENALTY OF PERJURY OF JONATHAN LABARRE ON BEHALF OF THE DEBTOR, IN CONNECTION WITH SCHEDULES OF ASSETS AND LIABILITIES

I, Jonathan LaBarre, Chief Financial Officer of the above-captioned debtor (the "Debtor"), declare under penalty of perjury that I have read the foregoing Summary of Schedules and Schedules A, B, D, E, F, G and H (collectively, the "Schedules"), and that they are true and correct to the best of my knowledge, information and belief.

Although every effort has been made to make the Schedules of Assets and Liabilities accurate and complete, because of the magnitude and complexity of the task, inadvertent errors or omissions may exist.

Date: September 25, 2009

_____
Jonathan LaBarre
Chief Financial Officer

---

[1] The Debtor, Stamford Industrial Group, Inc. (Employer's Tax Identification No. 41-1844584), is a Delaware corporation. The address of the Debtor is One Landmark Square, 22nd Floor, Stamford, CT, 06901.

{00636773.DOC;1 }