# **EXHIBIT A**



September 26th, 2009

*Via fedex and email*

Re: 21st Floor Surrender

Dear Ladies and Gentlemen:

This letter is to advise you that Stamford Industrial Group has effective immediately vacated and surrendered the premises located at One Landmark Square, 21st floor, Stamford, CT. The bypass key for the front door has been left in an envelope on the reception desk in the front lobby.

Sincerely,

Albert Weggeman
CEO
Stamford Industrial Group


Cc:

Landmark Square 1-6 LLC
c/o SL Green Realty Corp.
420 Lexington Avenue
New York, NY 10170

SL Green Realty Corp.
420 Lexington Avenue
New York, NY 10170
Attention: Leasing Counsel

Kane Kessler
New York, NY

One Landmark Square, 21st floor   Stamford, CT  06901   T: 203-428-2200   F: 203-428-2233   stamfordig.com